IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
Tel: 818 325-2888
Fax: 818 325-2890
Email: ireneruzin@gmail.com

Attorney for Plaintiff, BERNADETTE G. NERCESSIAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| BERNADETTE G. NERCESSIAN,<br><br>      Plaintiff,<br>   v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>      Defendant. | ) Case No.: CV 17-5173 PLA<br>)<br>) ORDER<br>) AWARDING EAJA FEES<br>)<br>)<br>) PAUL ABRAMS<br>) UNITED STATES MAGISTRATE<br>) JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of FIVE THOUSAND THREE HUNDRED DOLLARS ($5,300.00) (the "AGREED AMOUNT") as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: March 6, 2018

_____
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE